# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| TERA WILLIAMS, INDIVIDUALLY AND ON BEHALF OF ALL SIMILARLY SITUATED PERSONS AND ON BEHALF OF THE GENERAL PUBLIC;<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.,<br><br>Defendant. | Case No. 4:23-cv-00116-RK |

## ORDER

Before the Court is the parties' joint motion to stay pending a ruling by the Judicial Panel on Multidistrict Litigation ("JPML") on a motion to transfer under 28 U.S.C. § 1407 pending in *In re: T-Mobile 2022 Customer Data Security Breach Litigation*, MDL No. 3073. (Doc. 7.) In this district, while not automatically granted, a stay may be granted pending decision by the JPML on a motion to transfer after considering (1) prejudice to the non-moving party if a stay is granted, (2) hardship and inequity to the moving party if a stay is not granted, and (3) whether a stay would conserve and promote efficient use of judicial resources. *Woodworth v. Tyson Foods, Inc.*, No. 07-5013-CV-S-DW, 2007 WL 9717848, at *1 (W.D. Mo. May 10, 2007). On careful consideration and review, the Court agrees with the parties that a stay is appropriate here. Accordingly, the joint motion to stay (Doc. 7) is **GRANTED**, and the Court **ORDERS** that:

(1) this case is **STAYED** and **ADMINISTRATIVELY CLOSED** pending a ruling by the JPML on the § 1407 motion to transfer in MDL No. 3073;

(2) the parties shall file a joint status report every 45 days from the date of this Order and shall advise within 3 days of the disposition of the motion to transfer; and

(3) if the motion to transfer in MDL No. 3073 is denied, Defendant's response to the Amended Complaint shall be due 30 days from the date the denial order is entered.

**IT IS SO ORDERED**.

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: March 24, 2023